COPY

Clint-Andrew: Carmichael, L.S.
Authorized Representative, TIH and Beneficiary of
CLINT ANDREW CARMICHAEL E.L. WHFIT - 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
c/o 12602 North 189th Street
city of Bennington, Nebraska state

April 7, 2010

To:
Thomas Stalnaker d/b/a THOMAS STALNAKER
CHAPTER 7 TRUSTEE
Fiduciary Co-Trustee
1111 NORTH 102ND STREET
OMAHA NE 68114

Re:  File No. RE 403 654 422 US
     In Re: CLINT ANDREW CARMICHAEL E.L. WHFIT*/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 USBC
     Case No. 10-80077-TJM

Dear Mr. Stalnaker:

This communication is in follow-up to the exercise of my private debt remedy promulgated and legislated by Congress, and the documents submitted in furtherance thereof, received by your office, both by personal delivery on March 26, 2010 and by registered Mail No. RE 403 654 422 US, via notary presentment on March 29, 2010.

As you are aware, the Debtor, CLINT ANDREW CARMICHAEL, Ens Legis, WHIFT No. 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, a separate entity from me, for which I am the priority Secured Party, Trust Interest Holder and Beneficiary, had the prior obligation, to cure the deficient filing by April 9, 2010, as follows:

1. STATEMENT OF FINANCIAL AFFAIRS
2. SCHEDULES A-J
3. SUMMARY OF SCHEDULES
4. DECLARATION CONCERNING DEBTOR'S SCHEDULES
5. CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
6. THE MEANS TEST
7. MAILING MATRIX
8. CREDITOR LIST FORMATTED FOR DISKETTE
9. COURT FEE WAIVER

In view of my demand that you, in your capacity and pursuant to your duty, as Trustee, adjust and settle the debts of account, assurance is requested that the case will **not** be dismissed for any deficient filing, but that the private administrative remedy, wherein the adjustment and settlement of the account, will proceed to discharge as is proper and allowed.

---

*Widely held fixed investment trusts (WHFITs). Trustees and middlemen of WHFITs are required to report all items of gross income and proceeds on the appropriate Form 1099. For the definition of a WHFIT, see Regulations section 1.671-5(b)(22). A tax information statement that includes the information provided to the IRS on Forms 1099, as well as additional information identified in Regulations section 1.671-5(e) must be furnished to trust interest holders (TIHs).

NegAvLtrTeeStalnaker/04-07-2010/10-80077-TJM

COPY

Thomas Stalnaker d/b/a THOMAS STALNAKER
CHAPTER 7 TRUSTEE - Fiduciary Co-Trustee
April 7, 2010


As time is of the essence, it is requested that you respond in writing within 24 hours of this inquiry, to avoid commercial prejudice to the Debtor, and to enable further responsible action on my part, as the Secured Party, Creditor, TIH and Beneficiary of Debtor, should such be required.

A non-response from you will be deemed acquiescence and agreement that nothing further need be done by me to protect the filing of the Debtor, and that the case will proceed with the private remedy allowed by Congress, to adjust, settle, offset/discharge the debt liability presented by the Debtor with the filing of Case No. 10-800077-TJM, with nothing further required on my part to maintain and protect the commercial honor of the Debtor, generally and in this case, from summary dismissal based on deficiency filing and failure to file by Friday, April 9, 2010.

Thank you for you kind assistance in this regard.


                                    Without prejudice, under reserve

                                    [signature]
                                    Clint-Andrew: Carmichael, L.S.
                                    Secured Party, Creditor,
                                    Trust Interest Holder, Beneficiary
                                    Authorized Representative of
                                    CLINT ANDREW CARMICHAEL, *Ens Legis*
                                    WHFIT Account No. 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